# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                    **CASE NO: 6:25-cr-289-PGB-DCI**

**KARRIEM AZIZ GLASTER**

AUSA: Courtney Richardson-Jones

Defense Attorney: James Skuthan, Federal Public Defender

| JUDGE: | **NATHAN W. HILL**<br>United States Magistrate Judge | DATE AND TIME: | **May 29, 2026**<br>2:39 P.M. – 2:43 P.M. |
|---|---|---|---|
| Courtroom: | 4D | TOTAL TIME: | 4 minutes |
| DEPUTY CLERK: | T. Palmer | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | None | PRETRIAL/PROB: | Juan Cabrera |

### CLERK'S MINUTES
#### INITIAL APPEARANCE

Case called, appearances made, procedural setting by the Court.
Defendant was previously seen and detained in the Eastern District of California.
Court advises defendants of the allegations in the pretrial release violation petition.
Counsel requests continuance for bond revocation hearing. Motion granted. Bond revocation hearing to be set by separate notice.
Defendant is remanded to the custody of the U.S. Marshals pending further proceedings.
Court adjourned.