# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No.:  6:25-cr-289-PGB-DCI

KARRIEM AZIZ GLASTER

_____

### CONSENT TO INSTITUTE A PRESENTENCE INVESTIGATION
### AND DISCLOSE THE REPORT BEFORE CONVICTION OR PLEA OF GUILTY

I, Karriem Aziz Glaster, hereby consent to a presentence investigation by the probation

officers of the United States district courts.  I understand and agree that the report of the

investigation will be disclosed to the judge and the attorney for the government, as well as to me

and my attorney, so that it may be considered by the judge.

Dated: _4/25/24_____          _____
                                                Karriem Aziz Glaster

Dated: _4/25/24_____          _____
                                                Counsel for Defendant