**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

    **v.**                              **Case No.:  6:25-cr-289-PGB-DCI**

**KARRIEM AZIZ GLASTER**

---

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

The Defendant, by consent, has appeared before me pursuant to Fed. R. Crim. P. 11,

Local Rule 1.02, and *In re: Utilization of Magistrate Judges,* Case No. 3:21-mc-1-TJC at docket

no. 127 (Feb. 9, 2024), and has entered a plea of guilty to Counts 1 through 2 of the Indictment.

After cautioning and examining the Defendant under oath concerning each of the subjects

mentioned in Rule 11, I determined that the Defendant entered the plea of guilty knowingly and

voluntarily and that there is a factual basis for the plea. I therefore recommend that the plea of

guilty be accepted. The Defendant is in custody of the U.S. Marshal pending sentencing.

Date:  June 25, 2026

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

A party waives the right to challenge on appeal a finding of fact or conclusion of law adopted by

the district judge if the party fails to object to that finding or conclusion within fourteen days after

issuance of the Report and Recommendation containing the finding or conclusion.

Copies furnished to:
Counsel of Record