**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      **v.**                   **Case No.:  6:25-cr-00289-PGB-DCI**

**KARRIEM AZIZ GLASTER,**

      **Defendant,**

_____

**ACCEPTANCE OF GUILTY PLEA**
**AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 53) entered June 25, 2026, to which the parties have waived the 14 day objection period, the plea of guilty of the defendant is now accepted and the defendant is adjudged guilty of Counts One and Two of the Indictment.

**Sentencing is scheduled for August 6, 2026 at 11:00 AM before the undersigned.**

**DONE and ORDERED** in Orlando, Florida on June 26, 2026.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies:
Counsel for the Defendant

United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services