# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**v.**                                             **Case No. 6:25-cr-289-PGB-DCI**

**KARRIEM AZIZ GLASTER**

### UNITED STATES' MOTION FOR
### PRELIMINARY ORDER OF FORFEITURE

The United States moves the Court, pursuant to 18 U.S.C. § 2253 and Federal Rule of Criminal Procedure 32.2(b)(2), to enter a Preliminary Order of Forfeiture for a iPad Pro 4, which was seized from the defendant's person on December 23, 2023. In support thereof, the United States submits the following.

### MEMORANDUM OF LAW

## I.   Statement of Facts

### A.   Allegations Against the Defendant

1.     The defendant was charged in an Indictment with transportation of child pornography, in violation of 18 U.S.C. § 2252A(a)(1) (Count One) and possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B) (Count Two). Doc. 4.

2.     The Indictment also contained forfeiture allegations putting the defendant on notice that, pursuant to 18 U.S.C. § 2253, the United States would seek to forfeit the iPad. *Id.* at 2-3.

**B.    Finding of Guilt and Admissions Related to Forfeiture**

3.    On June 25, 2026, without the benefit of a plea agreement, the defendant pled guilty to Counts One and Two of the Indictment. Docs. 49, 53. The Court accepted the defendant's plea and adjudicated him guilty. Doc. 56.

4.    The Factual Basis of the United States' Notice of Maximum Penalties, Elements of Offense, Personalization of Elements and Factual Basis, establishes the basis for finding that the defendant knowingly transported and possessed child pornography, in violation of 18 U.S.C. §§ 2252A(a)(1) and (a)(5)(B). Doc. 48 at 4–6. Specifically, upon conducting a border search examination of the defendant's Apple iPad Pro after the defendant returned from an international cruise, a CBP officer observed multiple videos of CSAM in the Files Folder Application. *Id.* at 4.   A forensic review of the iPad revealed 1,002 CSAM files on the iPad tablet and iCloud account. *Id.* at 6.   The defendant admitted to purchasing and downloading the CSAM prior to leaving on his cruise.   *Id.*

## II.    Applicable Law

Pursuant to 18 U.S.C. § 2253, the United States is authorized to forfeit any property used or intended to be used to commit or to facilitate the commission of a violation of 18 U.S.C. §§ 2252A(a)(1) and (a)(5)(b) using the procedures outlined in 21 U.S.C. § 853.

Rule 32.2(b)(1) requires that when the government seeks to forfeit specific property, the Court must determine whether the government has established the

requisite nexus between the property and the defendant's crimes. Fed. R. Crim. P. 32.2(b)(1). This finding should be made as soon as practical after a verdict or finding of guilty, or after a plea of guilty is accepted. Fed. R. Crim. P. 32.2(b)(1)(A).

The Court's determination may be based on evidence already in the record, or any additional evidence submitted by the parties and accepted by the Court as relevant and reliable. Fed. R. Crim. P. 32.2(b)(1)(B). As was established in the Notice of Maximum Penalties, Elements of Offense, Personalization of Elements and Factual Basis, the iPad and laptop were involved in or used in the offenses charged in Counts One and Two. Therefore, the iPad is subject to forfeiture, pursuant to 18 U.S.C. § 2253.

## III.    Conclusion

For the reasons stated above, the United States requests that, pursuant to 18 U.S.C. § 2253 and Rule 32.2(b)(2), the Court enter a preliminary order of forfeiture for the iPad identified above. The United States further requests that the order of forfeiture become final as to the defendant at sentencing.

Upon issuance of the Preliminary Order of Forfeiture, the government will provide written notice to all third parties known to have an alleged legal interest in the iPad and will publish notice on the internet at www.forfeiture.gov. Determining whether a third party has an interest must be deferred until any third-party files a claim. *See* Rule 32.2(c).

As required by Rule 32.2(b)(4)(B), the United States requests that the Court include the forfeiture when orally announcing the sentence and include the forfeiture order in the judgment. *See* Fed. R. Crim. P. 32.2(b)(4)(B); *United States v. Kennedy,* 201 F.3d 1324, 1326 (11th Cir. 2000).

Because the Preliminary Order of Forfeiture forfeits only the defendant's interest in the iPad, the United States further requests that the Court retain jurisdiction to address any third-party claim that may be filed in these proceedings, and to enter any further order necessary for the forfeiture and disposition of such property.

Respectfully Submitted,

GREGORY W. KEHOE
United States Attorney


By:   *s/Nicole M. Andrejko*
      NICOLE M. ANDREJKO
      Assistant United States Attorney
      Florida Bar No. 0820601
      400 W. Washington Street, Suite 3100
      Orlando, Florida 32801
      Telephone: (407) 648-7500
      Facsimile: (407) 648-7643
      Email: Nicole.Andrejko@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 2, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/Nicole M. Andrejko*
NICOLE M. ANDREJKO
Assistant United States Attorney
