**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**v.** **Case No. 6:25-cr-289-PGB-DCI**

**KARRIEM AZIZ GLASTER**

# UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE

Pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, the United States hereby moves for a Final Order of Forfeiture for an iPad Pro 4 which was seized from the defendant's person on December 23, 2023. In support, the United States submits the following.

## MEMORANDUM OF LAW

### I. Procedural History

1. On July 6, 2026, pursuant 18 U.S.C. § 2253, the Court entered preliminary order of forfeiture for the above-referenced asset. Doc. 60.

2. In accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the asset on the official government website, www.forfeiture.gov, from July 8, 2026, continuing through August 6, 2026. Doc. 61. The publication gave notice to all third parties with a legal interest in the asset to file with the Office of the Clerk—United States District Court, 401 West Central Boulevard, Suite 1200, Orlando, Florida

32801—a petition to adjudicate their interests within 60 days of the first date of publication.

3. No one has filed a claim to the asset and the time for doing so has expired.

## II. Applicable Law

Pursuant to 21 U.S.C. § 853(n)(7), following the disposition of all petitions, or if no petitions are timely filed in accordance with 21 U.S.C. § 853(n)(2), "the United States shall have clear title to property that is the subject of the order of forfeiture and may warrant good title to any subsequent purchaser or transferee." 21 U.S.C. § 853(n)(7). It is then appropriate for the Court to enter a final order of forfeiture in accordance with Rule 32.2(c)(2).

As required by 21 U.S.C. § 853(n), the United States published notice of the forfeiture on the official government website, www.forfeiture.gov. Doc. 61. Publication by internet is permitted in civil cases pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Assets Forfeiture Actions, of the Federal Rules of Civil Procedure. Federal Rule of Criminal Procedure 32.2(b)(6)(C) provides that publication of notice of criminal forfeiture may be made by any means described in Supplemental Rule G(4)(a)(iv).

Publication gave notice to all those who might have an interest in the subject property of the United States' intent to dispose of the asset and gave instructions on filing a petition to adjudicate their interests in the asset. In accordance with those

provisions, a person or entity had 60 days from the first date of publication to file a petition with the District Court to adjudicate his interest. In this instance, the first date of internet publication was July 8, 2026. Accordingly, the final date for those who did not receive direct written notice to file a petition to adjudicate an interest in the asset was September 6, 2026, and the time for filing such a petition has expired.

No person, other than the defendant, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have any potential interest in the asset. No one has filed a petition or claimed an interest in the asset. The time for filing a petition has expired.

Publication having been effected, and no claim or petition to adjudicate an interest having been filed, it is now appropriate for the Court to enter a Final Order of Forfeiture for the asset.

## III. Conclusion

The United States respectfully requests that, pursuant to 21 U.S.C. § 853(n)(7), and Rule 32.2(c)(2), the Court enter a final order forfeiting to the United States all

right, title and interest in the asset described above for disposition according to law and vesting clear title to the property in the United States.

Respectfully Submitted,

GREGORY W. KEHOE
United States Attorney

By: *s/Nicole M. Andrejko*
NICOLE M. ANDREJKO
Assistant United States Attorney
Florida Bar No. 0820601
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
Email: Nicole.Andrejko@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/Nicole M. Andrejko*
NICOLE M. ANDREJKO
Assistant United States Attorney