UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 6:25-cr-289-PGB-DCI

KARRIEM AZIZ GLASTER

**UNITED STATES' MEMORANDUM OF AGGRAVATING EVIDENCE AND MOTION TO FILE EXHIBITS UNDER SEAL**

The United States respectfully submits this memorandum setting forth aggravating evidence that is not clearly specified in the Final Presentence Investigation Report, the Plea Agreement, or criminal complaint in accordance with the Case Management Order on Sentencing and seeks leave to file exhibits under seal. Doc. 57.

**BACKGROUND**

On December 23, 2023, Karriem Aziz Glaster was stopped while arriving at Port Canaveral from a cruise that traveled through international waters. The defendant's devices were reviewed, and child sexual abuse material (CSAM) was found. On the same date, during a post-*Miranda* interview, the defendant told HSI Special Agents ("SA") that he downloaded CSAM on his devices from his home in California, specifically from his "mancave," and that all of his devices were connected via iCloud so CSAM

would be located on multiple devices. The defendant was released and the government obtained warrants for Glaster's iPad, iPhone and iCloud account.

HSI SAs in Florida coordinated with California law enforcements based on the information Glaster provided regarding devices at his home that may contain CSAM. Sacramento Sheriff's Office conducted an inquiry in their system and discovered that a detective had initiated a Peer-to-Peer investigation into the defendant for the crime of possession and distribution of CSAM. Based on the evidence discovered in Florida, the admissions of Glaster and the Peer-to-Peer investigation, California obtained a search warrant for Glaster's home in January of 2024. *(Exhibit A)*.

HSI completed their forensic examinations of the iPad and iPhone seized from the defendant in December 2023 in the Middle District of Florida and the iCloud account from the Middle District of Florida warrant on January 22, 2025. *(Exhibit B)*. Between January 2025 and September 2025, the government coordinated with law enforcement and prosecutors in California regarding whether that district would bring charges based on the conduct and evidence developed there. Since the defendant admitted that CSAM files were shared through his iCloud across his devices, agents in both districts needed to compare the files and determine whether the contemplated charges would involve the same material. The comparison informed which district was best

positioned to prosecute and helped avoid overlapping federal charges. The government in the Middle District of Florida then filed an affidavit for criminal complaint on September 22, 2025.

A federal grand jury returned a two-count indictment charging Glaster with one count of transportation of child pornography in violation of 18 U.S.C. § 2252A(a)(1) and one count of possession of child pornography in violation of 18 U.S.C. §2252A(a)(5)(B) on October 29, 2025, to which Glaster pleaded guilty to both counts on June 25, 2026.

On November 7, 2025, HSI SAs in California interviewed Glaster's wife K.G., who had turned additional devices belonging to Glaster into California police after Glaster's initial appearance in 6:25-cr-289-PGB-DCI. (*Exhibit C*). The interview and devices that K.G. turned in led California SAs to conduct another residential search warrant executed on December 17, 2025. Law enforcement seized multiple devices and located CSAM on two thumb drives, an iPad and an iPhone all belonging to Glaster, and which had not been seized during the January 2024 search.

## AGGRAVATING EVIDENCE

### A. Exhibit A – Sacramento Sheriff's Office Reports

In January 2024, Sacramento Sheriff's Office obtained a search warrant to search the defendants residence in California. Among the evidence obtained in

the Middle District of Florida, the Sacramento Sheriff's Office also detailed an investigation into the defendant for downloading CSAM on a Peer-to-Peer network. Law enforcement discovered that an IP address associated with Glaster's residence downloaded a CSAM image of a prepubescent female displaying her vagina and anus to the camera and often manipulated or masturbated her vagina with her hand. The affidavit for search warrant described this file was downloaded on October 8, 2023.

**B. Exhibit B – Forensic Examination Report of iPad and iPhone seized from Glaster in MDFL**

The examination of the defendant's iPad identified at least 50 bookmarks and several search-history entries concerning sexual interest in minors, including "Young teen panties. . ." and "Naked teens. . ." The defendant also searched or bookmarked known CSAM series "Lolita." The report also describes CSAM related terms in dark-web and BitTorrent site URLs, including phrases such as "Anal_Teen_Tryouts_17" and "Young_Teen_Lolita". The forensic report also revealed that the defendant had a phone-cleaning application installed on his device, although the investigation did not establish that the defendant used it to delete evidence.

**C. Exhibit C – Interview of K.G.**

The government submit Exhibit C which is the interview summary of K.G. After the defendant's arrest K.G. was interviewed on November 7, 2025.

She reported that the defendant frequently downloaded computer files that he described to her as movies but refused to allow her to watch them; she said she did not then know the files included child sexual abuse material. K.G. described an incident several years earlier in which she saw CSAM on his screen; according to her, the defendant appeared surprised and exclaimed, "that's not supposed to be there."

After the defendant's initial appearance in this case, K.G. found material she believed to be CSAM on a phone and surrendered the device to law enforcement.

K.G. reported that young children were frequently in the defendant's home and that the defendant watched and cared for them, including changing diapers and bathing the young children. K.G. also reported that the defendant attended a minor niece's beauty pageants beginning around 2010 and on many occasions went backstage where minor children changed.

In another incident sometime between 2023 and 2025, K.G. stated she observed the defendant kissing a 19 year old family member; when K.G. interrupted, the defendant pushed the family member away and made a comment to the effect that the family member needed to get a man.

K.G. further said that the defendant retained numerous photographs of child relatives, which K.G. found unusual based on the quantity and poses of the minors.

## CONCLUSION

The United States asks the Court to consider the additional aggravating facts set forth above to the extent supported by the attached Exhibits.

## REQUEST TO SEAL

The United States moves this Court to seal the Government's Exhibits A, B and C to this Memorandum, this motion to seal, and the Court's order.

The sealing of these documents is requested in order to safeguard from public scrutiny certain sensitive information which would come to light were these sections of the plea agreement to become public knowledge either by way of reports published in the media, or otherwise.

It is also requested that the Court direct the Courtroom Deputy to email a copy of the Order to the requesting Assistant United States Attorney once the Judge grants his/her approval.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: /s/ *Stephanie A. McNeff*
STEPHANIE A. MCNEFF
Assistant United States Attorney
Florida Bar No. 1003060
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: Stephanie.mcNeff@usdoj.gov

**U.S. v. GLASTER** **Case No. 6:25-cr-289-PGB-DCI**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2026, I electronically filed the foregoing under seal with the Clerk of the Court by using the CM/ECF system. A copy of the document was sent by email to the following individual:

Katherine Puzone, Esq.
Attorney for Defendant

*/s/ Stephanie A. McNeff*
STEPHANIE A. MCNEFF
Assistant United States Attorney
Florida Bar No. 1003060
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: Stephanie.mcNeff@usdoj.gov