UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 6:25-cr-289-PGB-DCI

KARRIEM AZIZ GLASTER

**UNITED STATES' NOTICE OF SENTENCING TESTIMONY**

The United States respectfully informs the Court that it may illicit testimony from the below witness at sentencing. If the United States calls the below witness, testimony is expected to last 10 minutes.

1. HSI Special Agent Megan DeVoss

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Stephanie A. McNeff*

STEPHANIE A. MCNEFF
Assistant United States Attorney
Florida Bar No. 1003060
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: Stephanie.mcNeff@usdoj.gov

**U.S. v. GLASTER** **Case No. 6:25-cr-289-PGB-DCI**

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Katherine Puzone, Esq.
*Attorney for the Defendant*

*/s/ Stephanie A. McNeff*
STEPHANIE A. MCNEFF
Assistant United States Attorney
Florida Bar No. 1003060
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: Stephanie.mcNeff@usdoj.gov