# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CLERK'S MINUTES
**Sentencing Hearing**

**Case Number: 6:25-cr-289-PGB-DCI**

---

**UNITED STATES OF AMERICA**

**Plaintiff,**

**v.**

**Karriem Aziz Glaster**
**Defendant.**

**Government's Counsel:** **Stephanie McNeff**

**Defense Counsel:** **Katherine Puzone**

| | | | |
|---|---|---|---|
| Judge: | **Paul G. Byron** | Court Reporter | Koretta Stanford<br>courtreporterstanford@gmail.com |
| Deputy Clerk: | Kathleen McKinnie | Interpreter: | None |
| Date: | September 29, 2026 | Time: | 2:29 PM – 3:28 PM<br>59 minutes |

Case called. Appearances taken. Defendant sworn.

Defendant is adjudged guilty to Counts One and Two of the Indictment.

**IMPRISONMENT:** 102 months, this term consists of a 102-month term as to Counts One and Two, all such terms to run concurrently.

**SUPERVISED RELEASE:** 5 years, this term consists of a 5-year term as to Counts One and Two, all such terms to run concurrently.

The mandatory drug testing requirements are imposed.

**SPECIAL CONDITIONS OF SUPERVISED RELEASE**

- Mental Health Treatment
- Sex offender conditions

- No new credit charges
  Submit to Search
  Collection of DNA

**FORFEITURE:** Defendant shall forfeit to the United States those assets previously identified in the Order of Forfeiture (Doc. 65), that are subject to forfeiture.

**RESTITUTION**: Deferred. The restitution hearing is set for December 14, 2026 at 10:00 AM. The defendant waives their appearance at the hearing.

**FINE:** Waived

**SPECIAL ASSESSMENT:** $200.00, due immediately.

Plea Agreement is accepted.

The defendant is remanded to the custody of the United States Marshal. The Court recommends the defendant be placed in the Resolve Program. If the Resolve Program is not available, the Court recommends that the defendant be placed in a facility as close to his home in California as possible. The Court also recommends that the defendant participate in mental health treatment and sexual offender treatment.

Defendant advised of right to appeal.

Court adjourned.