UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No: 6:25-cr-289-PGB-DCI

KARRIEM AZIZ GLASTER,

Defendant.
_______________________________________/

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Defendant, Karriem Aziz Glaster, pursuant to Fed. R. App. P. 4(b), appeals to the United States Court of Appeals for the Eleventh Circuit from the district court's judgment filed in this matter on October 1, 2026. Doc.76.

Charles L. Pritchard, Jr.
Federal Defender, MDFL

*/s/Katherine Puzone*
Katherine Puzone, Esq.
Assistant Federal Defender
Florida Bar No. 94491
201 South Orange Avenue, Suite 300
Orlando, FL 32801
Phone: 407-648-6338
Fax: 407-648-6095
E-Mail: katherine_puzone@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that undersigned electronically filed the foregoing with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to Stephanie McNeff, Assistant United States Attorney, on this 5th day of October 2026.

*/s/Katherine Puzone*
Katherine Puzone, Esq.
Assistant Federal Defender