APPEAL,CLOSED,SL DOC

# U.S. District Court
# Middle District of Florida (Orlando)
# CRIMINAL DOCKET FOR CASE #: 6:25−cr−00289−PGB−DCI−1

Case title: USA v. Glaster

Magistrate judge case number: 6:25−mj−02047−LHP

Date Filed: 10/29/2025

Date Terminated: 10/01/2026

---

Assigned to: Judge Paul G. Byron
Referred to: Magistrate Judge Daniel C. Irick

**Defendant (1)**

| | | |
|---|---|---|
| **Karriem Aziz Glaster**<br>*TERMINATED: 10/01/2026* | represented by | **Katherine Puzone**<br>Federal Public Defender Florida Middle Judiciary<br>201 South Orange Avenue<br>Suite 300<br>Orlando, FL 32801<br>407−648−6338<br>Email: katherine_puzone@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment*<br><br>**Nicole Mouakar**<br>Federal Public Defender's Office<br>201 S Orange Ave., Ste 300<br>Orlando, FL 32801−3417<br>407−772−8851<br>Fax: 407/648−6765<br>Email: Nicole_Mouakar@fd.org<br>*TERMINATED: 01/06/2026*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:2252A.F ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO | IMPRISONMENT: 102 months, 102 months as to Counts 1 and 2 to run concurrently. SUPERVISED RELEASE: 5 years, 5 years as to Counts 1 and 2 to run concurrently. FINE: |

(1)

Waived. RESTITUTION: Deferred. SPECIAL ASSESSMENT: $200.00

18:2252A.F ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO
(2)

IMPRISONMENT: 102 months, 102 months as to Counts 1 and 2 to run concurrently. SUPERVISED RELEASE: 5 years, 5 years as to Counts 1 and 2 to run concurrently. FINE: Waived. RESTITUTION: Deferred. SPECIAL ASSESSMENT: $200.00

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| 18:2252A.F ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO | |

---

**Plaintiff**

**USA**

represented by **Nicole M. Andrejko**
US Attorney's Office − FLM
Suite 3100
400 W Washington St
Orlando, FL 32801
407/648−7560
Fax: 407/648−7643
Email: nicole.andrejko@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Stephanie Alexa McNeff**
USAO
Mdfl
400 W Washington St
Suite 3100
Orlando, FL 32801
407−648−7517
Email: stephanie.mcneff@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/22/2025 | 1 | COMPLAINT as to Karriem Aziz Glaster (1). (ECJ) [6:25−mj−02047−LHP] (Entered: 09/22/2025) |
| 10/16/2025 | | Arrest of Karriem Aziz Glaster in Eastern District of California. (TNP) (Entered: 11/13/2025) |
| 10/29/2025 | 4 | INDICTMENT returned in open court as to Karriem Aziz Glaster (1) count(s) 1−2. (Attachments: # 1 Restricted Unredacted Indictment) (MSN) (Entered: 10/29/2025) |
| 10/29/2025 | 6 | Arrest Warrant Returned Executed on 10/16/2025 as to Karriem Aziz Glaster. (ARL) (Entered: 10/29/2025) |
| 10/30/2025 | 7 | NOTICE OF HEARING as to Karriem Aziz Glaster: In−District Initial Appearance and Arraignment set for 11/13/2025 at 02:30 PM in Orlando Courtroom 5 C before Magistrate Judge Daniel C. Irick. The defendant's presence is required. (TNP) (Entered: 10/30/2025) |
| 10/31/2025 | 8 | NOTICE OF ATTORNEY APPEARANCE Nicole M. Andrejko appearing for USA. *for Asset Forfeiture Matters* (Andrejko, Nicole) (Entered: 10/31/2025) |
| 11/13/2025 | 9 | Rule 5(c)(3) documents received from the Eastern District of California as to Karriem Aziz Glaster which includes: Docket Sheet, Bond, Order Setting Conditions of Release. (Attachments: # 1 EDCA Appearance Bond, # 2 EDCA Third Party Custodian Order, # 3 EDCA Order of Release)(TNP) (Entered: 11/13/2025) |
| 11/13/2025 | 10 | Minute Entry for In Person proceedings held before Magistrate Judge Daniel C. Irick: In−District Initial Appearance and ARRAIGNMENT as to Karriem Aziz Glaster (1) Count 1−2, held on 11/13/2025. Defendant pled not guilty. (Digital) (TNP) (Entered: 11/13/2025) |
| 11/13/2025 | 11 | Ore Tenus MOTION to Appoint Counsel by Karriem Aziz Glaster. (TNP) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 11/14/2025) |
| 11/13/2025 | 12 | **ORDER APPOINTING FEDERAL PUBLIC DEFENDER, granting 11 Ore Tenus Motion to Appoint Counsel as to Karriem Aziz Glaster (1). Signed by Magistrate Judge Daniel C. Irick on 11/13/2025. (TNP)** (Entered: 11/14/2025) |
| 11/13/2025 | 13 | **SCHEDULING ORDER as to Karriem Aziz Glaster. Status Conference set for 12/15/2025 at 04:00 PM via Zoom Video Conference before Judge Paul G. Byron. Jury Trial set for 1/5/2026 at 09:00 AM in Orlando Courtroom 4 B before Judge Paul G. Byron. Signed by Magistrate Judge Daniel C. Irick on 11/13/2025. (TNP)** (Entered: 11/14/2025) |
| 11/14/2025 | 14 | NOTICE of Standing Order Regarding Due Process Protections Act, 3:20−mc−20−TJC, Doc 1 as to Karriem Aziz Glaster: Pursuant to the Due Process Protections Act, the Court confirms the United States' disclosure obligation under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to comply with that obligation. Violating this order may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and other sanctions. Signed by Judge Timothy J. Corrigan. (TNP) (Entered: 11/14/2025) |
| 11/19/2025 | 15 | |

| | | |
|---|---|---|
| | | NOTICE OF ATTORNEY APPEARANCE: Nicole Mouakar appearing for Karriem Aziz Glaster (Mouakar, Nicole) (Entered: 11/19/2025) |
| 12/15/2025 | 16 | Minute Entry for Virtual proceedings held before Judge Paul G. Byron: STATUS CONFERENCE as to Karriem Aziz Glaster held on 12/15/2025. Court Reporter: Nikki L. Peters (KM) (Entered: 12/16/2025) |
| 12/15/2025 | 17 | ORAL MOTION to Continue trial by Karriem Aziz Glaster. (KM) (Entered: 12/16/2025) |
| 12/15/2025 | 18 | **ORAL ORDER granting 17 Motion to Continue as to Karriem Aziz Glaster (1). After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court, therefore, determines that the time from today until and including March 31, 2026, shall be "excludable time" pursuant to 18 U.S.C. § 3161(h). Jury Trial set for 3/2/2026 at 09:00 AM in Orlando Courtroom 4 B before Judge Paul G. Byron. Status Conference set for 2/17/2026 at 04:00 PM in Zoom Video Conference before Judge Paul G. Byron. Rendered in open court by Judge Paul G. Byron on 12/15/2025. (KM)** (Entered: 12/16/2025) |
| 01/06/2026 | 19 | NOTICE OF ATTORNEY APPEARANCE: Katherine Puzone appearing for Karriem Aziz Glaster *and Substitution of Counsel* (Puzone, Katherine) (Entered: 01/06/2026) |
| 02/17/2026 | 20 | Minute Entry for Virtual proceedings held before Judge Paul G. Byron: STATUS CONFERENCE as to Karriem Aziz Glaster held on 2/17/2026. Court Reporter: Nikki L. Peters (KM) (Entered: 02/18/2026) |
| 02/17/2026 | 21 | ORAL MOTION to Continue trial by Karriem Aziz Glaster. (KM) (Entered: 02/18/2026) |
| 02/17/2026 | 22 | **ORAL ORDER granting 21 Motion to Continue as to Karriem Aziz Glaster (1). After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court, therefore, determines that the time from today until and including April 30, 2026, shall be "excludable time" pursuant to 18 U.S.C. § 3161(h). Jury Trial set for 4/6/2026 at 09:00 AM in Orlando Courtroom 4 B before Judge Paul G. Byron. Status Conference set for 3/16/2026 at 04:00 PM in Zoom Video Conference before Judge Paul G. Byron. Rendered in open court by Judge Paul G. Byron on 2/17/2026. (KM)** (Entered: 02/18/2026) |
| 03/16/2026 | 23 | Minute Entry for Virtual proceedings held before Judge Paul G. Byron: STATUS CONFERENCE as to Karriem Aziz Glaster held on 3/16/2026. Court Reporter: Nikki L. Peters (KM) (Entered: 03/17/2026) |
| 03/16/2026 | 24 | ORAL MOTION to Continue trial by Karriem Aziz Glaster. (KM) (Entered: 03/17/2026) |
| 03/16/2026 | 25 | **ORAL ORDER granting 24 Motion to Continue as to Karriem Aziz Glaster (1). After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance** |

| | | |
|---|---|---|
| | | **outweigh the best interest of the public and the defendant in a speedy trial. The Court, therefore, determines that the time from today until and including May 31, 2026, shall be "excludable time" pursuant to 18 U.S.C. § 3161(h). Jury Trial set for 5/4/2026 at 09:00 AM in Orlando Courtroom 4 B before Judge Paul G. Byron. Status Conference set for 4/20/2026 at 04:00 PM in Zoom Video Conference before Judge Paul G. Byron. Rendered in open court by Judge Paul G. Byron on 3/17/2026. (KM)** (Entered: 03/17/2026) |
| 03/23/2026 | 26 | NOTICE OF RESCHEDULING HEARING: The Status Conference hearing previously scheduled for 4/20/2026 is rescheduled as to Karriem Aziz Glaster. New hearing date and time: Status Conference set for 4/24/2026 at 02:00 PM in Zoom Video Conference before Judge Paul G. Byron. The Zoom link will be sent to counsel via email.(KM) (Entered: 03/23/2026) |
| 04/07/2026 | 28 | Unopposed MOTION for Hearing −*Status Conference* by Karriem Aziz Glaster. (Puzone, Katherine) (Entered: 04/07/2026) |
| 04/08/2026 | 31 | **ENDORSED ORDER granting 28 Motion for Status Conference as to Karriem Aziz Glaster (1). Signed by Magistrate Judge Daniel C. Irick on 4/8/2026. (Irick, Daniel)** (Entered: 04/08/2026) |
| 04/08/2026 | 32 | NOTICE OF HEARING as to Karriem Aziz Glaster: Status Conference set for 4/10/2026 at 11:00 AM in Orlando Courtroom 5 C before Magistrate Judge Daniel C. Irick. (TNP) (Entered: 04/08/2026) |
| 04/09/2026 | 33 | MOTION for Miscellaneous Relief, specifically to Cancel Status Conference by Karriem Aziz Glaster. (Puzone, Katherine) (Entered: 04/09/2026) |
| 04/10/2026 | 34 | **ENDORSED ORDER granting 33 Motion to Cancel Status Conference. Signed by Magistrate Judge Daniel C. Irick on 4/10/2026. (Irick, Daniel)** (Entered: 04/10/2026) |
| 04/10/2026 | 35 | NOTICE canceling Status Conference scheduled for 4/10/2026 as to Karriem Aziz Glaster (TNP) (Entered: 04/10/2026) |
| 04/16/2026 | 36 | NOTICE OF RESCHEDULING HEARING: The Status Conference hearing previously scheduled for 4/24/2026 is rescheduled as to Karriem Aziz Glaster. New hearing date and time: Status Conference set for 4/27/2026 at 02:00 PM in Zoom Video Conference before Judge Paul G. Byron. The Zoom link will be sent to counsel via email. (KM) (Entered: 04/16/2026) |
| 04/27/2026 | 37 | Minute Entry for Virtual proceedings held before Judge Paul G. Byron: STATUS CONFERENCE as to Karriem Aziz Glaster held on 4/27/2026. Court Reporter: Heather Suarez (KM) (Entered: 04/27/2026) |
| 05/08/2026 | | Arrest of Karriem Aziz Glaster in Eastern District of California. (TNP) (Entered: 05/29/2026) |
| 05/15/2026 | 38 | Arrest Warrant Returned Executed on 5/8/2026 as to Karriem Aziz Glaster. (MSN) (Entered: 05/18/2026) |
| 05/29/2026 | 39 | Rule 5(c)(3) documents received from the Eastern District of California as to Karriem Aziz Glaster which includes: Docket Sheet, Commitment to Another District, Order of Detention. (Attachments: # 1 EDCA Detention Order, # 2 EDCA Commitment Order)(TNP) (Entered: 05/29/2026) |

| | | |
|---|---|---|
| 05/29/2026 | 40 | Minute Entry for In Person proceedings held before Magistrate Judge Nathan W. Hill: Initial Appearance re Pretrial Violation Petition as to Karriem Aziz Glaster held on 5/29/2026. (Digital) (TNP) (Entered: 05/29/2026) |
| 06/01/2026 | 41 | NOTICE OF HEARING as to Karriem Aziz Glaster: Bond Revocation Hearing set for 6/4/2026 at 11:30 AM in Orlando Courtroom 5 C before Magistrate Judge Daniel C. Irick. The defendant's presence is required. (TNP) (Entered: 06/01/2026) |
| 06/04/2026 | 42 | Minute Entry for In Person proceedings held before Magistrate Judge Daniel C. Irick: Bond Revocation Hearing as to Karriem Aziz Glaster held on 6/4/2026. (Digital) (LDJ) (Entered: 06/04/2026) |
| 06/04/2026 | 44 | ORAL MOTION to Revoke Bond by USA as to Karriem Aziz Glaster. (LDJ) (Entered: 06/04/2026) |
| 06/04/2026 | 45 | **ORDER granting 44 Oral Motion to Revoke Bond as to Karriem Aziz Glaster (1). The Court finds that the Defendant's pretrial release shall be revoked and the Defendant shall be detained because the Defendant is unlikely to abide by any condition or combination of conditions of release. Signed by Magistrate Judge Daniel C. Irick on 6/4/2026. (LDJ)** (Entered: 06/04/2026) |
| 06/04/2026 | 46 | GOVERNMENT'S EXHIBIT LIST (Bond Revocation Hearing) by USA as to Karriem Aziz Glaster. (Attachments: # 1 Exhibit 1 − Stipulation, # 2 Exhibit 2 − California Reports, # 3 Exhibit 3 − Detention Order EDCA)(LDJ) (Entered: 06/04/2026) |
| 06/11/2026 | 47 | NOTICE OF HEARING as to Karriem Aziz Glaster: Guilty Plea Hearing set for 6/25/2026 at 10:30 AM in Orlando Courtroom 5 C before Magistrate Judge Daniel C. Irick. The defendant's presence is required. (TNP) (Entered: 06/11/2026) |
| 06/15/2026 | 48 | NOTICE of maximum penalty, elements of offense, personalization of elements and factual basis *as to Karriem Aziz Glaster* by USA as to Karriem Aziz Glaster (McNeff, Stephanie) (Entered: 06/15/2026) |
| 06/25/2026 | 49 | Minute Entry for In Person proceedings held before Magistrate Judge Daniel C. Irick: GUILTY PLEA HEARING as to Karriem Aziz Glaster held on 6/25/2026. (Digital) (TNP) (Entered: 06/25/2026) |
| 06/25/2026 | 51 | CONSENT regarding entry of a plea of guilty as to Karriem Aziz Glaster (TNP) (Entered: 06/25/2026) |
| 06/25/2026 | 52 | CONSENT to institute presentence investigation report as to Karriem Aziz Glaster. (TNP) (Entered: 06/25/2026) |
| 06/25/2026 | 53 | **REPORT AND RECOMMENDATION Concerning Plea of Guilty re: counts One and Two of the Indictment as to Karriem Aziz Glaster. Signed by Magistrate Judge Daniel C. Irick on 6/25/2026. (TNP)** (Entered: 06/25/2026) |
| 06/25/2026 | 54 | NOTICE of no objection re 53 Report and Recommendations Concerning Plea of Guilty by Karriem Aziz Glaster (TNP) (Entered: 06/25/2026) |
| 06/25/2026 | 55 | NOTICE of no objection re 53 Report and Recommendations Concerning Plea of Guilty by USA as to Karriem Aziz Glaster (TNP) (Entered: 06/25/2026) |
| 06/26/2026 | 56 | ACCEPTANCE OF PLEA of guilty and adjudication of guilt re: Counts One and Two of the Indictment as to Karriem Aziz Glaster. Signed by Judge Paul G. Byron on 6/26/2026.(Sentencing set for 8/6/2026 at 11:00AM in Orlando Courtroom 4 B before |

| | | |
|---|---|---|
| | | Judge Paul G. Byron.) (KM) (Entered: 06/26/2026) |
| 06/26/2026 | 57 | **CASE MANAGEMENT ORDER ON SENTENCING as to Karriem Aziz Glaster. Sentencing is set for 8/6/2026 at 11:00 AM in Orlando Courtroom 4B. Defendant's presence required. The Court has set aside 45 mintues for this hearing. Signed by Judge Paul G. Byron on 6/26/2026. (KM)** (Entered: 06/26/2026) |
| 06/29/2026 | 58 | NOTICE OF RESCHEDULING HEARING: The Sentencing hearing previously scheduled for 8/6/2026 is rescheduled as to Karriem Aziz Glaster. New hearing date and time:Sentencing set for 9/23/2026 at 11:00AM in Orlando Courtroom 4 B before Judge Paul G. Byron. Defendant's presence required. The Court has set aside 45 minutes for this hearing.(KM) (Entered: 06/29/2026) |
| 07/02/2026 | 59 | MOTION for a Preliminary Order of Forfeiture by USA as to Karriem Aziz Glaster. (Andrejko, Nicole) Modified on 7/2/2026 to edit docket text (MSN). (Entered: 07/02/2026) |
| 07/06/2026 | 60 | **ORDER granting 59 Motion for Forfeiture of Property as to Karriem Aziz Glaster (1). Signed by Judge Paul G. Byron on 7/6/2026. (KM)** (Entered: 07/06/2026) |
| 08/07/2026 | 61 | PROOF OF PUBLICATION as to Karriem Aziz Glaster newspaper: Official Government Internet Site (www.forfeiture.gov) dates of publication: 30 consecutive days from July 8, 2026 through August 06, 2026. (Andrejko, Nicole) (Entered: 08/07/2026) |
| 08/28/2026 | 63 | NOTICE OF RESCHEDULING HEARING: The Sentencing hearing previously scheduled for 9/23/2026 is rescheduled as to Karriem Aziz Glaster. New hearing date and time:Sentencing set for 9/29/2026 at 02:30PM in Orlando Courtroom 4 B before Judge Paul G. Byron. Defendant's presence required. The Court has set aside 45 minutes for this hearing.(KM) (Entered: 08/28/2026) |
| 09/08/2026 | 64 | MOTION for Forfeiture of *a Final Order* by USA as to Karriem Aziz Glaster. (Andrejko, Nicole) (Entered: 09/08/2026) |
| 09/09/2026 | 65 | **ORDER granting 64 Motion for Forfeiture of Property as to Karriem Aziz Glaster (1). Signed by Judge Paul G. Byron on 9/9/2026. (KM)** (Entered: 09/09/2026) |
| 09/22/2026 | 68 | SENTENCING MEMORANDUM by Karriem Aziz Glaster (Attachments: # 1 Appendix Mitigation Documents)(Puzone, Katherine). (Entered: 09/22/2026) |
| 09/23/2026 | 69 | MOTION TO SEAL AND SENTENCING MEMORANDUM by USA as to Karriem Aziz Glaster (McNeff, Stephanie) Modified on 9/29/2026 (KM). (Entered: 09/23/2026) |
| 09/23/2026 | 70 | WITNESS LIST by USA as to Karriem Aziz Glaster (McNeff, Stephanie) (Entered: 09/23/2026) |
| 09/25/2026 | 71 | OBJECTION by Karriem Aziz Glaster as to Karriem Aziz Glaster re 69 Sentencing Memorandum *to United States' Memorandum of Aggravating Evidence* (Puzone, Katherine) (Entered: 09/25/2026) |
| 09/29/2026 | 74 | Minute Entry for In Person proceedings held before Judge Paul G. Byron: SENTENCING held on 9/29/2026 for Karriem Aziz Glaster (1), Counts 1−2, IMPRISONMENT: 102 months, 102 months as to Counts 1 and 2 to run concurrently. |

| | | |
|---|---|---|
| | | SUPERVISED RELEASE: 5 years, 5 years as to Counts 1 and 2 to run concurrently. FINE: Waived. RESTITUTION: Deferred. SPECIAL ASSESSMENT: $200.00. Court Reporter: Koretta Stanford (KM) (Main Document 74 replaced on 9/30/2026) (KM). (Entered: 09/30/2026) |
| 09/30/2026 | 75 | NOTICE OF HEARING as to Karriem Aziz Glaster: Restitution Hearing set for 12/14/2026 at 10:00 AM in Orlando Courtroom 4 B before Judge Paul G. Byron. The defendant has waived his appearance at this hearing.(KM) (Entered: 09/30/2026) |
| 10/01/2026 | 76 | **JUDGMENT as to Karriem Aziz Glaster (1), Counts 1−2, IMPRISONMENT: 102 months, 102 months as to Counts 1 and 2 to run concurrently. SUPERVISED RELEASE: 5 years, 5 years as to Counts 1 and 2 to run concurrently. FINE: Waived. RESTITUTION: Deferred. SPECIAL ASSESSMENT: $200.00 Signed by Judge Paul G. Byron on 9/30/2026. (KM)** (Entered: 10/01/2026) |
| 10/05/2026 | 78 | NOTICE OF APPEAL by Karriem Aziz Glaster re 76 Judgment. Filing fee not paid. (Puzone, Katherine) (Entered: 10/05/2026) |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**v**

**Case Number: 6:25-cr-289-PGB-DCI**

**KARRIEM AZIZ GLASTER**

**USM Number: 18037-512**

**Katherine Puzone, FPD**
**201 South Orange Avenue**
**Suite 300**
**Orlando, FL 32801**

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Counts One and Two of the Indictment. The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 2252A(a)(1) and (b)(1) | Transportation of Child Pornography | December 23, 2023 | One |
| 18 U.S.C. §2252A(a)(5)(B) and (b)(2) | Possession of Child Pornography | December 23, 2023 | Two |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

September 29, 2026

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

September 30, 2026

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 102 months. This term consists of a 102-month term as to Count One and a 102-month term as to Count Two, all such terms to run concurrently.

The Court recommends to the Bureau of Prisons that the defendant be placed in the Resolve Program. If the Resolve Program is not available, the Court recommends that the defendant be placed in a facility as close to his home in California as possible. The Court also recommends that the defendant participate in mental health treatment and sexual offender treatment.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

________________________________________________

________________________________________________

________________________________________________

________________________________________________

The defendant delivered on ________________ to __________________________

at __________________________________, with a certified copy of this judgment.

________________________________
UNITED STATES MARSHAL

By: ________________________________
Deputy U.S. Marshal

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of 5 years. This term consists of a 5-year term as to Count One and a 5-year term as to Count Two, all such terms to run concurrently.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. The mandatory drug testing requirements of the Violent Crime Control Act are imposed. The Court orders the defendant to submit to random drug testing not to exceed 104 tests per year
4. You must cooperate in the collection of DNA as directed by the probation officer.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

The defendant shall also comply with the additional conditions as follows.

Karriem Aziz Glaster
6:25-cr-289-PGB-DCI

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within **72 hours**.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature:____________________________ Date:____________________

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or making an obligation for any major purchases without approval of the probation officer. The defendant shall provide the probation officer access to any requested financial information.

2. The defendant shall participate in a mental health program specializing in sex offender treatment and submit to polygraph testing for treatment and monitoring purposes. The defendant shall follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of such treatment and/or polygraphs not to exceed an amount determined reasonable by the probation officer based on ability to pay or availability of third-party payment and in conformance with the Probation Office's Sliding Scale for Treatment Services.

3. The defendant shall register with the state sexual offender registration agency(s) in any state where he or she resides, visits, is employed, carries on a vocation, or is a student, as directed by the probation officer. The probation officer will provide state officials with all information required under Florida sexual predator and sexual offender notification and registration statutes (F.S.943.0435) and/or the Sex Offender Registration and Notification Act (Title I of the Adam Walsh Child Protection and Safety Act of 2006, Public Law 109-248), and may direct the defendant to report to these agencies personally for required additional processing, such as photographing, fingerprinting, and DNA collection.

4. The defendant shall have no direct contact with minors (under the age of 18) without the written approval of the probation officer and shall refrain from entering into any area where children frequently congregate, including: schools, daycare centers, theme parks, playgrounds, etc.

5. The defendant is prohibited from possessing, subscribing to, or viewing, any video, magazine, or literature depicting children in the nude and/or in sexually explicit positions.

6. Without prior written approval of the probation officer, you are prohibited from either possessing or using a computer (including a smart phone, a hand-held computer device, a gaming console, or an electronic device) capable of connecting to an online service or an internet service provider. This prohibition includes a computer at a public library, an internet cafe, your place of employment, or an educational facility. Also, you are prohibited from possessing an electronic data storage medium (including a flash drive, a compact disk, and a floppy disk) or using any data encryption technique or program. If approved to possess or use a device, you must permit routine inspection of the device, including the hard drive and any other electronic data storage medium, to confirm adherence to this condition. The United States Probation Office must conduct the inspection in a manner no more intrusive than necessary to ensure compliance with this condition. If this condition might affect a third party, including your employer, you must inform the third party of this restriction, including the computer inspection provision.

7. The defendant shall submit to a search of his or her person, residence, place of business, any storage units under the defendant's control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. The defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition.

8. The defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

## CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth in the Schedule of Payments.

| | Assessment | Restitution | Fine | AVAA Assessment[1] | JVTA Assessment[2] |
|---|---|---|---|---|---|
| TOTALS | $200.00 due immediately | Deferred | Waived | Not imposed | Not imposed |

The determination of restitution is deferred until December 14, 2026. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

## SCHEDULE OF PAYMENTS

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk, U.S. District Court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

## FORFEITURE

Defendant shall forfeit to the United States those assets previously identified in the Orders of Forfeiture (Doc. 65), that are subject to forfeiture.

The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the Schedule of Payments may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[1] Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
[2] Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No: 6:25-cr-289-PGB-DCI

KARRIEM AZIZ GLASTER,

Defendant.
_______________________________________/

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendant, Karriem Aziz Glaster, pursuant to Fed. R. App. P. 4(b), appeals to the United States Court of Appeals for the Eleventh Circuit from the district court's judgment filed in this matter on October 1, 2026. Doc.76.

Charles L. Pritchard, Jr.
Federal Defender, MDFL

*/s/Katherine Puzone*
Katherine Puzone, Esq.
Assistant Federal Defender
Florida Bar No. 94491
201 South Orange Avenue, Suite 300
Orlando, FL 32801
Phone: 407-648-6338
Fax: 407-648-6095
E-Mail: katherine_puzone@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to Stephanie McNeff, Assistant United States Attorney, on this 5th day of October 2026.

*/s/Katherine Puzone*
Katherine Puzone, Esq.
Assistant Federal Defender