**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 6:25-cr-00289-PGB-DCI

KARRIEM AZIZ GLASTER,

Defendant.

______________________________/

**NOTICE OF APPEARANCE**

The Court has appointed the Office of the Federal Defender to represent the Defendant in the above-styled cause.

The Clerk is requested to enter the appearance of Meghan Ann Collins, Research and Writing Attorney, as counsel for defendant for appellate purposes only.

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s/Meghan Ann Collins*
MEGHAN ANN COLLINS
RESEARCH AND WRITING ATTORNEY
Florida Bar No. 0492868
Federal Defender's Office
201 S. Orange Avenue, Suite 300
Orlando, Florida 32801
Telephone: 407-648-6338
E-Mail: Meghan_Boyle@fd.org